IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-02284 |
| ) | Judge Trauger |
| LOCAL LIGHTHOUSE CORP., ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 7, 2017, the magistrate judge issued a Report and Recommendation (DE #18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants Paik and Oakley (Docket No. 11) is GRANTED, and all claims these two defendants are DISMISSED with prejudice.

This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

ENTER this 13th day of September 2017.

_____
ALETA A. TRAUGER
U.S. District Judge