IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE DIVISION
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:16-cv-2284 |
| | ) |
| LOCAL LIGHTHOUSE CORP., | ) Hon. Judge Aleta A. Trauger |
| JOHN/JANE DOE 1-10 | ) Magistrate Judge Alistair Newbern |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Craig Cunningham and Defendant Local Lighthouse Corp. hereby give notice that all matters in controversy between them have been resolved and the above-captioned matter has been settled. The parties anticipate filing a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 42(a)(1) within the next few weeks.

Respectfully submitted,

_s/Jason A. Lee_
**JASON A. LEE**
Registration No: 22890
Attorney for Defendants

**BURROW LEE, PLLC**
611 Commerce Street, Suite 2603
Nashville, TN 37203
(615) 540-1005
Direct: (615) 540-1004

_s/Craig Cunningham_ (w/ permission)
**CRAIG CUNNINGHAM**
Plaintiff
5543 Edmondson Pike, Suite 248
Nashville, TN 37211
(615) 348-1977

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of April, 2018, a true and correct copy of the foregoing document has been sent via the Court's CM/ECF system, and/or first class United States mail, postage prepaid, addressed to:

Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211

                                          _s/Jason A. Lee_____
                                          **JASON A. LEE**

JAL/sbw