IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE DIVISION
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:16-cv-2284 |
| LOCAL LIGHTHOUSE CORP., | ) Hon. Aleta A. Trauger |
| JOHN/JANE DOE 1-10 | ) Magistrate Judge Alistair Newbern |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of Plaintiff and counsel for Defendants below, that all matters in dispute between the parties have been resolved and that Plaintiff's complaint should be dismissed with prejudice. Furthermore, the parties have agreed that Plaintiff will pay the court costs in this matter, and any and all discretionary costs will be paid by the party which incurred such costs. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims in this action are **DISMISSED with prejudice**.

**ENTERED** this 17th day of April, 2018.

_____
**HON. ALETA A. TRAUGER**
United States District Judge

Approved for entry:

*s/Craig Cunningham* (w/ permission)
**CRAIG CUNNINGHAM**
Plaintiff
5543 Edmondson Pike, Suite 248
Nashville, TN 37211
(615) 348-1977


*s/Jason A. Lee*
**JASON A. LEE**
Registration No: 22890
Attorney for Defendants
**BURROW LEE, PLLC**
611 Commerce Street, Suite 2603
Nashville, TN 37203
(615) 540-1005
Direct: (615) 540-1004
jlee@burrowlee.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of April, 2018, a true and correct copy of the foregoing document has been sent via the Court's CM/ECF system, and/or first class United States mail, postage prepaid, addressed to:

Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211

                                            *s/Jason A. Lee*
                                            **JASON A. LEE**

2

MC Local Lighthouse Agrd Ord Dsml 180411
Case 3:16-cv-02284   Document 28   Filed 04/18/18   Page 2 of 2 PageID #: 157